UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER M. FLETCHER, EOIN M. PRYAL, SECOND AMENDMENT FOUNDATION, INC., and COMMONWEALTH SECOND AMENDMENT, INC.<br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT C. HAAS, in his official capacity as Cambridge Commissioner of Police, MARK K. LEAHY, in his official capacity as Northboro Chief of Police, and JASON A. GUIDA, in his official capacity as Director of the Massachusetts Firearms Records Bureau,<br>　　　　Defendants. | Civil Action No. 11-10644 |

## NOTICE OF APPEARANCE FOR JASON A. GUIDA

Please take notice that Kenneth W. Salinger, Assistant Attorney General for the Commonwealth of Massachusetts, is appearing for Jason A. Guida, in his capacity as Director of the Massachusetts Firearms Records Bureau.

　　　　　　　　　　　　　　　　　　MARTHA COAKLEY
　　　　　　　　　　　　　　　　　　　*ATTORNEY GENERAL OF MASSACHUSETTS*

　　　　　　　　　　　　　　　　　　　　/s/ Kenneth W. Salinger
　　　　　　　　　　　　　　　　　　Kenneth W. Salinger (BBO # 556967)
　　　　　　　　　　　　　　　　　　Assistant Attorney General, Government Bureau
　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　　617.963.2075
　　　　　　　　　　　　　　　　　　ken.salinger@state.ma.us

April 29, 2011

Certificate of Service

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent to those indicated on the NEF as non registered participants on or before April 29, 2011.

　　　　　　　　　　　　　　　　　　　　/s/ Kenneth W. Salinger　.