UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER M. FLETCHER, EOIN M. PRYAL, SECOND AMENDMENT FOUNDATION, INC., and COMMONWEALTH SECOND AMENDMENT, INC.<br>   Plaintiffs,<br><br>  v.<br><br>ROBERT C. HAAS, in his official capacity as Cambridge Commissioner of Police, MARK K. LEAHY, in his official capacity as Northboro Chief of Police, and JASON A. GUIDA, in his official capacity as Director of the Massachusetts Firearms Records Bureau,<br>   Defendants. | Civil Action No. 11-10644 |

**ASSENTED-TO MOTION TO EXTEND THE TIME
FOR JASON A GUIDA TO RESPOND TO THE COMPLAINT**

Defendant Jason A. Guida, in his official capacity as Director of the Firearms Records Bureau of the Commonwealth of Massachusetts, moves that the deadline for responding to plaintiffs' complaint be extended by almost two weeks, to and including Friday, May 20, 2011. Plaintiffs assent to this motion. No party will be unfairly prejudiced by the requested extension.

As grounds for this motion, counsel for Director Guida states that plaintiffs are challenging the constitutionality of certain provisions of the Massachusetts firearm licensing statutes, and that the requested extension is needed to permit the Attorney General to properly address plaintiffs' claims.

**Certification of Compliance With L.R. 7.1(A)(2)**

The undersigned counsel for the certifies that he contacted plaintiffs' counsel by telephone on April 29, 2011, to resolve or narrow the issue addressed in this motion, and that the plaintiffs assent to this motion.

MARTHA COAKLEY
*ATTORNEY GENERAL OF MASSACHUSETTS*

   /s/ Kenneth W. Salinger
Kenneth W. Salinger (BBO # 556967)
Assistant Attorney General, Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA  02108
617.963.2075
ken.salinger@state.ma.us

**ASSENTED TO BY:**
Plaintiffs, by their attorney,

   /s/ Joseph M. Hickson III
Joseph M. Hickson III
Hickson Law Group
51 Taylor St., 3rd Floor
Springfield, MA  01103
413.732.7708
jhickson@HicksonLawGroup.com
BBO # 665867

April 29, 2011

Certificate of Service

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent to those indicated on the NEF as non registered participants on or before April 29, 2011.

   /s/ Kenneth W. Salinger   .