UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.#11-CV-10644-DPW

*****************************************************

CHRISTOPHER M. FLETCHER, EOIN M. PRYAL,
SECOND AMENDMENT FOUNDATION, INC., and
COMMONWEALTH SECOND AMENDMENT, INC.
        Plaintiffs
v.

ROBERT C. HAAS, in his official capacity as
Cambridge Commissioner of Police,
MARK K. LEAHY, in his official capacity as
Northboro Chief of Police, and
JASON A. GUIDA, in his official capacity as
Director of the Massachusetts Firearms Records Bureau,
        Defendants
*****************************************************

## ASSENTED TO MOTION TO EXTEND THE TIME
## FOR DEFENDANT ROBERT C. HAAS TO RESPOND TO THE COMPLAINT

Defendant Robert C. Haas, in his official capacity as Cambridge Commissioner of Police, moves that the deadline for responding to Plaintiffs' Verified Complaint be extended by almost two weeks, to and including Friday, May 20, 2011. Plaintiffs assent to this motion. No party will be unfairly prejudiced by the requested extension.

As grounds for this motion, counsel for Commissioner Haas states that Plaintiffs are challenging the constitutionality of certain provisions of the Massachusetts firearm licensing statutes, and the requested extension is needed to permit the Commissioner to properly address Plaintiffs' claims. A similar assented to extension to respond was granted by the Court as to Defendant Guida.

**Certification of Compliance with Local Rule 7.1(A)(2)**

Undersigned counsel for Defendant Haas certifies that he contacted Plaintiffs' counsel on Monday May 2, 2011 to confer to resolve or narrow the issue, and that Plaintiffs' counsel indicated that he assented to this Motion.

| | |
|---|---|
| Defendant Robert C. Haas,<br>In his official capacity,<br>By his attorney, | **Assented to**:<br>Plaintiffs,<br>By their Attorney, |
| s/Arthur J. Goldberg_____<br>Arthur J. Goldberg, Esq. (B.B.O.#543909)<br>Law Department, City Hall<br>795 Massachusetts Avenue<br>Cambridge, MA   02139<br>(617) 349-4121<br>agoldberg@cambridgema.gov | s/Joseph M. Hickson III_____<br>Joseph M. Hickson III, Esq. (B.B.O.#665687)<br>Hickson Law Group<br>51 Taylor St., 3rd floor<br>Springfield, MA   01103<br>(413) 732-7708<br>jhickson@HicksonLawGroup.com |

May 3, 2011

**Certificate of Service**

I hereby certify that a true copy of this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be mailed to those indicated on the NEF as non-registered participants on or before May 4, 2011.

s/Arthur J. Goldberg_____