UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.11-CV-10644-DPW

CHRISTOPHER M. FLETCHER,
187 Pearl Street
Cambridge, MA 02139

EOIN M. PRYAL
200 Hudson Street
Apartment 21
Northborough, MA 01532

SECOND AMENDMENT
FOUNDATION, INC.
12500 NE 10th Place
Bellevue, WA 98005

COMMONWEALTH SECOND
AMENDMENT, INC.
22 River Street
Braintree, MA 02184
        Plaintiffs
v.

ROBERT C. HAAS,
In his official capacity as
Cambridge Commissioner of Police
125 Sixth Street
Cambridge MA 02142

MARK K. LEAHY
In his official capacity as
Northboro Chief of Police
211 Main Street
Northborough, MA 01532

JASON A. GUIDA, ESQ.
In his official capacity as
Director of the Firearms Record Bureau
200 Arlington Street
Suite 2200
Chelsea, MA 02150
        Defendants

DEFENDANT, MARK K. LEAHY'S
MOTION TO DISMISS VERIFIED
COMPLAINT

Pursuant to Fed.R.Civ.P. 12(b)(6), Defendant, Mark K. Leahy, in his official capacity as Town of Northborough Chief of Police ("Chief Leahy"), moves to dismiss the Verified Complaint for failure to statute a claim upon which relief can be granted.

As grounds for this motion, Chief Leahy relies on the Memorandum in Support of Defendant Jason A. Guida's Motion to Dismiss All Claims filed by the Attorney General on May 19, 2011.  As argued in that Memorandum, Plaintiffs' constitutional challenges to provisions of the Massachusetts firearm licensing statutes should be dismissed as a matter of law.  Plaintiffs' allegations against Chief Leahy are only that the Northborough Police Department complied with existing state law in responding to Plaintiff Pryal's application for a License to Carry.  If the challenged statutes are deemed constitutional, then the claims against Chief Leahy have no validity and should be dismissed with prejudice.

MARK K. LEAHY,
CHIEF OF POLICE

By his attorneys,

/s/ David J. Doneski
David J. Doneski (BBO# 546991)
Katharine I. Doyle (BBO# 634131)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007
ddoneski@k-plaw.com
kdoyle@k-plaw.com

426034/60700/0001

CERTIFICATE OF SERVICE

I, David J. Doneski, certify that the foregoing document, which was electronically filed with the U.S. District Court for the District of Massachusetts, will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, according to notification by the Court of those individuals who will be served electronically. /s/ David J. Doneski.