UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.11-CV-10644-DPW

| | |
|---|---|
| CHRISTOPHER M. FLETCHER, ET AL.<br><br>          Plaintiffs<br>v.<br><br>ROBERT C. HAAS, ET AL,<br><br>          Defendants | LOCAL RULE 7.1(A)(2)<br>CERTIFICATE OF COMPLIANCE |

Undersigned counsel for Chief Leahy certifies that she contacted Plaintiffs' counsel on May 20, 2011 to confer in good faith to resolve or narrow the issues, and that in a cordial telephone conversation on May 23, 2011, Plaintiffs' counsel indicated that he would oppose this Motion.

MARK K. LEAHY,
CHIEF OF POLICE

By his attorneys,

/s/ Katharine I. Doyle
David J. Doneski (BBO# 546991)
Katharine I. Doyle (BBO# 634131)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007
ddoneski@k-plaw.com
kdoyle@k-plaw.com

426037/60700/0001

CERTIFICATE OF SERVICE

I, Katharine I. Doyle, certify that the foregoing document, which was electronically filed with the U.S. District Court for the District of Massachusetts, will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, according to notification by the Court of those individuals who will be served electronically. /s/ David J. Doneski.