UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER M. FLETCHER, et al., )<br><br>              )      Civil Action No. 11-CV-10644-DPW<br>              Plaintiffs      )<br>       v.        )<br>              )<br>ROBERT C. HAAS, et al.,     )<br>              )<br>              Defendants.     )<br>              ) | |

**ASSENTED TO MOTION TO EXTEND THE TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT JASON A. GUIDA'S MOTION TO DISMISS, DEFENDANT ROBERT C. HAAS' MOTION TO DISMISS, AND DEFENDANT MARK K. LEAHY'S MOTION TO DISMISS.**

Plaintiffs, Christopher M. Fletcher, Eoin M. Pryal, Second Amendment Foundation, Inc., and Commonwealth Second Amendment, Inc., move that the deadline for responding to defendant Jason A. Guida's Motions to Dismiss, defendant Robert C. Haas' Motions to Dismiss, and defendant Mark K. Leahy's Motions to Dismiss, be extended to and including Friday, June 10, 2011. All defendants assent to this motion. No party will be unfairly prejudiced by the requested extension.

As grounds for this Motion, counsel for the plaintiffs states that issues raised by defendants in their Motions to Dismiss are broad and complex; the requested extension is needed to permit counsel to adequately and completely address them properly. Furthermore, counsel for the plaintiffs states that commitments in other matters prevent counsel from properly responding to the Motions to Dismiss without the requested extension. Finally, counsel for the plaintiffs will be out of the office from May 26 to May 31, 2011. A similar assented to extension to respond was granted by the Court as to defendants Guida and Haas.

MOTION TO EXTEND – Page 1

Respectfully submitted,

Christopher M. Fletcher, Eoin M. Pryal, Second
Amendment Foundation, Inc., and Commonwealth
Second Amendment, Inc.
By their attorney,

Dated: May 25, 2011                        /s/ Joseph M. Hickson III

Joseph M. Hickson III
Hickson Law Group, P.C.
51 Taylor Street, 3rd Floor
Springfield, MA 01103
Phone: 413.732.7708
Fax: 413.375.9888
BBO # 665687
Email: jhickson@HicksonLawGroup.com

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that the plaintiffs' counsel has conferred with each defendant's counsel and has attempted in good faith to resolve or narrow the issues involved in this Motion, and that each counsel indicated assent to this Motion.

Dated: May 25, 2011                         /s/ Joseph M. Hickson III
                                            Joseph M. Hickson III

**Assented to:**

Defendant Robert C. Haas                Defendant Jason A. Guida
In his official capacity,               In his official capacity,
By his attorney,                        By his attorney,

/s/ Arthur J. Goldberg                  /s/ Kenneth W. Salinger
Arthur J. Goldberg, Esq. (B.B.O.#543909)   Kenneth W. Salinger (BBO # 556967)
Law Department, City Hall               Assistant Attorney General, Government Bureau
795 Massachusetts Avenue                Office of the Attorney General
Cambridge, MA 02139                     One Ashburton Place
(617) 349-4121                          Boston, MA 02108
agoldberg@cambridgema.gov               617.963.2075
                                        ken.salinger@state.ma.us

Defendant Mark K. Leahy,
In his official capacity,
By his attorneys,

/s/ David J. Doneski
David J. Doneski (BBO# 546991)
Katharine I. Doyle (BBO# 634131)
Kopelman and Paige, P.C.
Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110-1109
(617) 556-0007
ddoneski@k-plaw.com
kdoyle@k-plaw.com

## CERTIFICATE OF SERVICE

I, Joseph M. Hickson III, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on May 25, 2011.

Dated: May 25, 2011                         /s/ Joseph M. Hickson III
                                            Joseph M. Hickson III