UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CHRISTOPHER M. FLETCHER, EOIN M. PRYAL,
SECOND AMENDMENT FOUNDATION, INC., and
COMMONWEALTH SECOND AMENDMENT, INC.,
        Plaintiffs

v.                                                                                                  CIVIL ACTION NO.
                                                                                                    11-CV-10644-DPW

ROBERT C. HAAS, in his official capacity as
Cambridge Commissioner of Police,
MARK K. LEAHY, in his official capacity as
Northboro Chief of Police, and
JASON A. GUIDA, in his official capacity as
Director of the Massachusetts Firearms Records Bureau,
        Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANT ROBERT C. HAAS IN HIS OFFICIAL CAPACITY AS CAMBRIDGE COMMISSIONER OF POLICE</u>

Pursuant to United States District Court Local Rule 16.1(D)(3), Cambridge City Manager Robert W. Healy, as the authorized representative of the Defendant Robert C. Haas in his official capacity as Cambridge Commissioner of Police ("Defendant Haas"), and undersigned counsel for Defendant Haas hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation. In addition, the authorized representative and counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs.

| | |
|---|---|
| Defendant Robert C. Haas, <br> In his official capacity as <br> Cambridge Commissioner of Police, <br> By counsel, | Defendant Robert C. Haas, <br> In his official capacity as <br> Cambridge Commissioner of Police, <br> By his authorized representative, |
| __s/Arthur J. Goldberg_____ <br> Arthur J. Goldberg, Esq. <br> Law Department, City Hall <br> 795 Massachusetts Avenue <br> Cambridge, MA   02139 <br> (617) 349-4121 <br> B.B.O.#543909 <br> agoldberg@cambridgema.gov | __s/Robert W. Healy_____ <br> Robert W. Healy <br> City Manager |

Date:  June 16, 2011

CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on June 16, 2011.

__s/Arthur J. Goldberg_____