UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.11-CV-10644-DPW

CHRISTOPHER M. FLETCHER, ET AL.

Plaintiffs

v.

ROBERT C. HAAS, ET AL,

Defendants

DEFENDANT MARK K. LEAHY's
L.R. 16.1(D)(3) CERTIFICATE

Now come defendant Mark K. Leahy and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

MARK K. LEAHY,
CHIEF OF POLICE

By his attorneys,

/s/ Mark K. Leahy
Mark K. Leahy
Chief of Police
Northborough Police Department

/s/ David J. Doneski
David J. Doneski (BBO# 546991)
Katharine I. Doyle (BBO# 634131)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007
ddoneski@k-plaw.com
kdoyle@k-plaw.com

427764/21500/0080

CERTIFICATE OF SERVICE

I, David J. Doneski, certify that the foregoing document, which was electronically filed with the U.S. District Court for the District of Massachusetts, will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, according to notification by the Court of those individuals who will be served electronically. /S/ David J. Doneski.