UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTOPHER M. FLETCHER<br>187 Pearl Street<br>Cambridge, MA 02139, | : : : : | Civil Action No. 11-CV-10644-DPW |
| EOIN M. PRYAL<br>200 Hudson Street<br>Apartment 21<br>Northborough, MA 01532 | : : : : : | |
| SECOND AMENDMENT<br>    FOUNDATION, INC.<br>12500 NE 10th Place<br>Bellevue, WA 98005 | : : : : : | |
| COMMONWEALTH SECOND<br>    AMENDMENT, INC.<br>22 River Street<br>Braintree, MA 02184 | : : : : : | |
|         Plaintiffs | : : | |
| v. | : : | **PLAINTIFFS' MOTION FOR**<br>**SUMMARY JUDGMENT** |
| ROBERT C. HAAS<br>*in his official capacity as*<br>Cambridge Commissioner of Police<br>125 Sixth Street<br>Cambridge, MA 02142 | : : : : : : | **ORAL ARGUMENT**<br>**REQUESTED** |
| MARK K. LEAHY<br>*in his official capacity as*<br>Northboro Chief of Police<br>211 Main Street<br>Northborough, MA 01532 | : : : : : : | |
| JASON A. GUIDA, ESQ.<br>*in his official capacity as*<br>Director of the Firearms Records Bureau<br>200 Arlington Street<br>Suite 2200<br>Chelsea, MA 02150 | : : : : : : : | |
|         Defendants. | : | |

MOTION FOR SUMMARY JUDGMENT – Page 1

Pursuant to Fed. R. Civ. P. 56, plaintiffs, Christopher M. Fletcher, Eoin M. Pryal, Second Amendment Foundation, Inc., and Commonwealth Second Amendment, Inc., hereby move for summary judgment in their favor on (i) their claim for declaratory judgment, and (ii) their claim for permanent injunctions, on the ground that the undisputed facts show the plaintiffs are entitled to judgment thereon as a matter of law.

The grounds for this Motion are set forth in the Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Jason A. Guida's, Defendant Robert C. Haas', and Defendant Mark K. Leahy's Motions to Dismiss. This motion is also supported by (i) Plaintiffs Local Rule 56.1 Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried, (ii) Plaintiff C2A's Verification of Complaint, and (iii) Plaintiff SAF's Verification of Complaint.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the plaintiffs respectfully request a hearing on this Motion on August 17, 2011.

Respectfully submitted,

Christopher M. Fletcher, Eoin M. Pryal, Second Amendment Foundation, Inc., and Commonwealth Second Amendment, Inc.
By their attorney,

Dated: July 7, 2011

/s/ Joseph M. Hickson III
Joseph M. Hickson III
Hickson Law Group, P.C.
51 Taylor Street, 3rd Floor
Springfield, MA 01103
Phone: 413.732.7708
Fax: 413.375.9888
BBO # 665687
Email: jhickson@HicksonLawGroup.com

## LOCAL RULE 7.1 CERTIFICATION

  The undersigned hereby certifies that the plaintiffs' counsel has conferred with each defendant's counsel and has attempted in good faith to resolve or narrow the issues involved in this Motion.

Dated: July 7, 2011            /s/ Joseph M. Hickson III
                     Joseph M. Hickson III

## CERTIFICATE OF SERVICE

  I, Joseph M. Hickson III, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on July 7, 2011.

Dated: July 7, 2011            /s/ Joseph M. Hickson III
                     Joseph M. Hickson III