## VERIFICATION OF COMPLAINT

State of Washington
____King____ County, SS

I, Alan Gottlieb, hereby attest that I am the Executive Vice-President of the Plaintiff non-profit corporation, Second Amendment Foundation, Inc., named in the Verified Complaint in this matter. I have read the Verified Complaint. The allegations contained in it are based on my own personal knowledge and/or are based on records I have obtained and read, and I believe them to be true.

Signed under the penalties of perjury this __7th__ day of July, 2011.

_____Alan M. Gottlieb_____
SIGNATURE

On this __7TH__ day of July, 2011, before me, the undersigned notary public, personally appeared Alan Gottlieb, as Executive Vice-President of The Second Amendment Foundation, Inc., proved to me through satisfactory evidence of identification, which were __Personal Knowledge__, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
NOTARY PUBLIC
My Commission Expires: __March 1st, 2015__

[Notary Seal: Mikolaj Tytus Tempski, Notary Public, State of Washington, Commission Expires 3-01-15]