## VERIFICATION OF COMPLAINT

Commonwealth of Massachusetts
Suffolk County, SS

I, Brent Carlton, hereby attest that I am the president of the Plaintiff corporation, Commonwealth Second Amendment, Inc., named in the Verified Complaint in this matter. I have read the Verified Complaint. The allegations contained in it are based on my own personal knowledge and/or are based on records I have obtained and read, and I believe them to be true.

Signed under the penalties of perjury this 7 day of March, 2011.

_____
SIGNATURE

On this 7th day of March, 2011, before me, the undersigned notary public, personally appeared Brent Carlton, as president of Commonwealth Second Amendment, Inc., proved to me through satisfactory evidence of identification, which were Mass Drivers License to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.



_____
NOTARY PUBLIC
My Commission Expires: 4/23/15