UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER M. FLETCHER, et al.,<br>          Plaintiffs,<br><br>     v.<br><br>ROBERT C. HAAS, in his official capacity as Cambridge Commissioner of Police, et al.,<br>          Defendants. | No. 1:11-cv-10644-DPW |

**DEFENDANT GUIDA'S OPPOSITION TO
PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant Jason A. Guida, in his official capacity as Director of the Massachusetts Firearms Records Bureau, opposes plaintiffs' cross-motion for summary judgment.

This case should be dismissed for the reasons set forth in the memorandum filed by defendant Guida on May 19, 2011 (document no. 13) and the reply memorandum filed the same day as this opposition. Those memoranda state the grounds for defendant Guida's opposition to plaintiffs' summary judgment motion.

Defendant Guida assumes solely for the purpose of plaintiffs' summary judgment motion that the facts stated in plaintiffs' L.R. 56.1 statement are true. Guida reserves the right to inquire into or challenge any of those factual assertions if they are repeated for some other purpose.

MARTHA COAKLEY
*ATTORNEY GENERAL OF MASSACHUSETTS*

   /s/ Kenneth W. Salinger
Kenneth W. Salinger (BBO # 556967)
Assistant Attorney General, Government Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA  02108
617.963.2075
ken.salinger@state.ma.us

July 20, 2011

Certificate of Service

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent to those indicated on the NEF as non registered participants on or before July 20, 2011.

   /s/ Kenneth W. Salinger   .