UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER M. FLETCHER, EOIN M. PRYAL, )
SECOND AMENDMENT FOUNDATION, INC., and  )
COMMONWEALTH SECOND AMENDMENT, INC.,    )
                                        )
    Plaintiffs,                         )
                                        )
v.                                      )
                                        )   CIVIL ACTION NO.
ROBERT C. HAAS, in his capacity         )   11-10644-DPW
as Cambridge Commissioner of Police,    )
MARK K. LEAHY, in his capacity          )
as Northborough Chief of Police, and    )
JASON A. GUIDA, ESQ., in his capacity   )
as Director of the Firearms             )
Records Bureau,                         )
                                        )
    Defendants.                         )

**JUDGMENT**
March 30, 2012

WOODLOCK, District Judge

    In accordance with the Memorandum and Order issued this day, the claims of the plaintiff organizations are dismissed and it is hereby

    ORDERED, ADJUDGED AND DECREED:

    **Judgment for the Plaintiffs Fletcher and Pryal against the Defendants. Enforcement of Massachusetts General Laws chapter 140, sections 121-131P against Plaintiffs solely on the basis of their permanent resident alien status is declared to be in violation of the Second Amendment to the United States Constitution and the Defendants are hereby enjoined from denying Plaintiffs Fletcher and Pryal any firearm permits or licenses on that basis.**

                            */s/ Douglas P. Woodlock*
                            DOUGLAS P. WOODLOCK
                            UNITED STATES DISTRICT JUDGE

DATED: March 30, 2012