UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER M. FLETCHER, ) | Civil Action No. 11-CV-10644-DPW |
| EOIN M. PRYAL, SECOND ) | |
| AMENDMENT FOUNDATION, INC. ) | |
| COMMONWEALTH SECOND ) | |
| AMENDMENT, INC., ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | |
| ) | |
| ROBERT C. HAAS, in his capacity ) | |
| as Cambridge Commissioner of Police, ) | |
| MARK K. LEAHY, in his capacity ) | |
| as Northborough Chief of Police, and ) | |
| JASON A. GUIDA, ESQ., in his capacity ) | |
| as Director of the Firearms ) | |
| Records Bureau, ) | |
| Defendants. ) | |

PLAINTIFF'S WITHDRAWAL OF MOTION
FOR
ATTORNEY'S FEES, EXPENSES, AND COSTS

On April 12, 2012, Plaintiffs, Christopher M. Fletcher and Eoin M. Pryal, through their attorney, filed a Motion for Attorney's Fees, Expenses, and Costs pursuant to 42 U.S.C. § 1988, 42 U.S.C. § 1983, and Federal Rule of Civil Procedure 54(d) (the "Motion"). *See* Doc. No. 33 in Civ. Act. No. 11-cv-10644-DPW. The Plaintiffs further requested leave to (i) file additional documentation in support of the Motion, and (ii) permit the parties to individually consider the Motion's merits and jointly negotiate settlement. On April 13, 2012, plaintiffs' request for leave was granted. *See* Order No. 33 in Civ. Act. No. 11-cv-10644-DPW. The parties have amicably resolved the Plaintiffs' request for attorney's fees, expenses, and costs. Therefore, Plaintiffs hereby withdraw the Motion.

Respectfully submitted,

Christopher M. Fletcher and Eoin M. Pryal
By their attorney,

Dated: October 15, 2012                    /s/ Joseph M. Hickson III

Joseph M. Hickson III
Hickson Law Group, P.C.
51 Taylor Street, 3rd Floor
Springfield, MA 01103
Phone: 413.732.7708
Fax: 413.375.9888
BBO # 665687
Email: jhickson@HicksonLawGroup.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Joseph M. Hickson III, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on October 15, 2012.

Dated: October 15, 2012                    /s/ Joseph M. Hickson III                       
                                                              Joseph M. Hickson III